RECEIVED
JUL 26 2000
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

FILED
JUL 31 2000
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

FILED
JUL 2 6 2000
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) No. 4:99CR23 SNL |
| | ) |
| v. | ) |
| | ) |
| VINODBHAI BHOLIDAS PATEL, a/k/a Jim, | ) |
| | ) |
| Defendant. | ) |

*Motion request denied; the court finds the BOP order of placement is neither arbitrary or capricious - 7/31/00*

[signature]

## MOTION OF DEFENDANT VINODBHAI BHOLIDAS PATEL TO DETERMINE AND ORDER PLACE OF CONFINEMENT

Now comes defendant Vinodbhai Bholidas Patel, also known as Jim Patel, and states:

1. On June 9, 2000, this defendant filed a Motion to Modify Sentence (hereinafter "the Motion"); subsection A of the Motion requested a change of surrender date and subsection B contained a Request for Change of Designated Place of Imprisonment, and set forth the events which had occurred prior to the filing of the Motion and the reasons why a change of the place of imprisonment from Allenwood, Pennsylvania to another institution would be appropriate, all of which are incorporated by reference herein; a copy of the Motion was delivered upon filing to the offices of Michael Reap, Assistant United States Attorney and

#122

```
              UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
                           INTERNAL RECORD KEEPING
```

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 07/31/00 by bcrow
             4:99cr23     USA vs Patel


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:     4 Certified Copies to USM
               2 Certified Copies to USP
               1 Copy to Financial
               1 Copy to O.S.U.

```
Irl Baris    -   2560          Fax: 314-421-6588
Jon Baris    -  67178          Fax: 314-421-6588
Michael Reap -   9156          Fax: 314-539-7695
Jane Rund    -                 Fax: 314-539-2777
```

SCANNED & FAXED BY:

JUL 3 1 2000

C. L. F.